UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:25-cr-00093-MPB-MJD |
| MARTIN CORTEZ-LOPEZ, | ) ) | -01 |
| Defendant. | ) ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on USPO Petition for Action on Conditions of Supervised Release, Dkt. 53. The parties waived the 14-day period within which to file an objection. The court, having considered the Magistrate Judge's Report and Recommendation, hereby ADOPTS the Magistrate Judge's Report and Recommendation.

SO ORDERED.

Dated: December 29, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.